## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE MT. GOX BITCOIN EXCHANGE LITIGATION | MDL No. 2829 |

## PROOF OF SERVICE

I, Rafey S. Balabanian, hereby certify that I caused to be served the foregoing Notice of Related Actions, the attached Schedule of Actions and Exhibits A and B, and this Proof of Service by email through the ECF system or by First Class Mail, as indicated below, on March 28, 2018 to the following individuals:

**Mizuho Bank, Ltd.**

Jerome S. Fortinsky
jfortinsky@shearman.com
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

*Attorney for Defendant Mizuho Bank, Ltd.*

**Mark Karpeles**

On March 28, 2018, I further caused the foregoing Notice of Appearance and this Proof of Service to be transmitted to and served upon **Defendant Mark Karpeles** via email at magicaltux@gmail.com and through Certified United States Mail on his former counsel, Richard Douglass, Novack and Macey, LLP, 100 North Riverside Plaza, Suite 1500, Chicago, IL 60606. Mr. Karpeles lives in Japan and our office presently knows of no way to physically mail

or—apart from the methods identified above—serve him with copies of any legal documents. Our prior attempts to do so are well-documented in a Motion to Approve Alternative Service on Defendant Mark Karpeles, which was filed at Docket Number 232 in the *Greene v. Mizuho Bank, Ltd., et. al*, No. 1:14-cv-01437 (N.D. Ill.) litigation, and included attempted service through Mr. Karpeles' previously-utilized service agents in the United States, along with the processes set out through *The Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in civil or Commercial Matters*.

In the *Greene* litigation, Judge Feinerman granted Plaintiff's Motion to Approve Alternative Service, (dkt. 235), and otherwise permitted service on Mark Karpeles "via his personal email address (magicaltux@gmail.com), and also via certified mail and email on his former counsel, Richard Douglass, Novack and Macey, LLP, 100 North Riverside Plaza, Suite 1500, Chicago, IL 60606," (dkt. 264). While Mr. Karpeles is named in the *Greene* litigation and has occasionally corresponded with both counsel for plaintiffs and counsel for Mizuho Bank about the matter (via email from the "magicaltux@gmail.com" address), he has not participated in the case since his counsel at Novak and Macey withdrew from the case in January 2015.

**Inaam Khoury**

Pursuant to JPML Rule 4.1, the foregoing Notice of Appearance was *not* served on Inaam Khoury, who is listed as a "Claimant" in the *Greene, et al. v. Mizuho Bank, Ltd., et al.*, No. 14-cv-01437 (N.D. Ill.) matter. On April 28, 2014, the plaintiffs in the *Greene* matter moved for preliminary approval of a proposed class action settlement. (Dkt. 79.) On May 5, 2014, Inaam Khoury filed a "claim" with respect to the proposed class settlement and, in so doing, identified him or herself as a "Claimant" in the Court's electronic docket for the case. (Dkt. 90.) Inaam Khoury is not and has never been a party to the litigation, does not appear to be represented by

counsel, and does not receive any notices of filings in the *Greene* matter (whether through the CM/ECF system or otherwise). Further, because Inaam Khoury's "claim" and/or related filings appear to have included personal information subject to redaction under Federal Rule of Civil Procedure 5.2, all of his or her filings on the *Greene* docket are under seal and not accessible to counsel or the public. (*See* dkts. 257, 259.) Accordingly, Inaam Khoury has not been served with any of the papers relating to the instant Section 1407 motion to transfer, nor do we know of any way to contact him or her.

 Dated: March 28, 2018

Respectfully submitted,

**EDELSON PC**
By: /s/  Rafey S. Balabanian

Jay Edelson
jedelson@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
J. Aaron Lawson
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Attorneys for Plaintiffs:*

Case No. 1:14-cv-01437, *Greene v. Mizuho Bank, Ltd., et al.*, in the United States District Court for the Northern District of Illinois

Case No. 2:18-cv-00617, *Lack v. Mizuho Bank, Ltd., et al.*, in the United States District Court for

the Central District of California

Case No. 2:18-cv-00306, *Pearce v. Mizuho Bank, Ltd., et al.*, in the United States District Court for the Eastern District of Pennsylvania

Case No. 2:18-cv-02483, *Carmel v. Mizuho Bank, Ltd., et al.*, in the United States District Court for the Central District of California

Case No. 1:18-cv-00286, *Justice v. Mizuho Bank, Ltd., et al.*, in the United States District Court for the District of New Mexico